UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

THOMAS TOURLOUKIS,

Defendant.
----------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 07 2011 ★

BROOKLYN OFFICE

Docket No. 11-CR-621 (SLT)

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned, rather than the Magistrate Judge, will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
Defendant's Attorney

_____
U.S. Attorney
by AUSA

Dated: December 7, 2011
Brooklyn, New York

BEFORE:   s/ RLM
_____
ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE