## CRIMINAL CAUSE FOR PLEADING

BEFORE: Magistrate Judge Roanne L. Mann   DATE: 12/7/11   TIME: 10AM   DOCKET # 11-cr-621

DEFENDANT: Thomas Tourloukis
X present   __ not present   X cust.   __ bail

DEFENSE COUNSEL: Michael Weil
X present   __ not present   __ CJA   __ Retained   X Fed. Defenders

A.U.S.A.: Nadia Shihata   CLERK: J. Dempsey and J. Williams
FTR: 10:15:49 – 10:37:12
INT: NA

X   CASE CALLED

DEFT.  X  SWORN
       __ ARRAIGNED
       X  INFORMED OF RIGHTS
       X  WAIVE TRIAL BEFORE DISTRICT COURT

X   INDICTMENT FILED  __ SUPERCEDING INDICTMENT FILED
__  INFORMATION FILED __ SUPERCEDING INFORMATION FILED
__  WAIVER OF INDICTMENT EXECUTED FOR DEFT.

__  DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
X   DEFT ENTERS **GUILTY PLEA** TO CT. 1 OF THE
    __ INDICTMENT;  __ SUPERCEDING INDICTMENT;  __ INFORMATION;  __ SUPCD. INFO.
__  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CT. ___ OF THE
    __ INDICTMENT;  __ SUPERCEDING INDICTMENT;  __ INFORMATION;  __ SUPCD. INFO.
X   COURT FINDS A FACTUAL BASIS FOR THE PLEA.
X   SENTENCING SET FOR  N/A – to be set by J. Townes  / SET BY PROBATION
__  BAIL CONT'D FOR DEFT.
X   DEFT CONT'D IN CUSTODY.
__  CASE ADJ'D TO _____ FOR _____

__  **SPEEDY TRIAL** INFO FOR DEFT   __ STILL IN EFFECT
    CODE TYPE___   START___   STOP___
    __ORDER / WAIVER EXECUTED & FILED.   __ ENT'D ON RECORD.

**OTHER:** PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE MANN DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. PLEA AGREEMENT MARKED AS COURT EXHIBIT # 1 AND RETURNED TO THE ASSISTANT.